

FILED

9/3/10

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY LO                                                    DEPUTY

Applied Professional Training, Inc.                    10cv1372-DMS (POR)

-v-

Mira Costa College et al

# DOCUMENT STRICKEN
## on 09/3/2010 per Chambers - Order to follow

**11-Order Granting, in part, and Denying, in part, Plaintiff's Motion to conduct Early Discovery**

**11**