# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| APPLIED PROFESSIONAL TRAINING, INC., | CASE NO. 10cv1372 DMS (MDD) |
|---|---|
| Plaintiff, | ORDER ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE |
| vs. | |
| MIRA COSTA COLLEGE, et al., | [DOC. NO. 58] |
| Defendant. | |

On August 4, 2011, Plaintiff filed a Joint Motion for Determination for Discovery Dispute as required by this Court's chambers rules. (Doc. No. 58). Counsel for the remaining defendants, Mira Costa College is no longer in this case, did not participate in the Joint Motion but filed a separate response on August 11, 2011. (Doc. No. 60). On August 12, 2011, this Court held a discovery conference with counsel in chambers. The Court excused both attorneys non-compliance with chambers rules and proceeded to discuss the merits of the discovery dispute with counsel.

At issue are seven Requests for Production, numbered 6 through 12, propounded by the Plaintiff upon the Defendants. The seven categories of documents requested comport with the trade secret designations submitted by the Plaintiff to the Court and accepted as sufficient by Magistrate Judge Louisa S. Porter. (Doc. Nos. 45, 48). Defendants object to disclosure on a number of grounds including the belief that the Plaintiff will not comply with the Protective Order

1  previously issued by Judge Porter. (Doc. Nos. 50, 51). The Court overrules that objection as
2  speculative. Regarding Defendants' other objections, the one most pressed appears to be
3  relevance. The Court finds that the documents requested are relevant within the meaning of the
4  law and are clearly identified in the Plaintiff's trade secret designations. That objection and the
5  remaining objections of the Defendant are overruled.
6        Accordingly, Defendants are required to comply with Requests for Production numbered 6
7  through 12 within thirty (30) days of the date of this Order.
8  IT IS SO ORDERED:
9  DATED: August 12, 2011

Hon. Mitchell D. Dembin
U.S. Magistrate Judge