# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED PROFESSIONAL TRAINING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MIRA COSTA COLLEGE, et al., <br><br> Defendants. | CASE NO. 10cv1372 DMS (MDD) <br><br> ORDER ON DEFENDANTS' MOTION FOR DETERMINATION OF DISCOVERY DISPUTE - INTERROGATORIES AND PROTECTIVE ORDER <br><br> [DOC. NO. 93] |

Before the Court is Defendants' Motion for Determination of Discovery Dispute filed on November 16, 2011. (Doc. No. 93). Plaintiff filed an Opposition on November 28, 2011. (Doc. No. 99). Defendants filed a Reply on December 5, 2011. (Doc. No. 104). The instant dispute stems from Plaintiff's answers to certain Interrogatories. Plaintiff declined to provide substantive answers on the grounds that an appropriate answer would require confidentiality under the terms of the protective order governing this case. At the time the Interrogatories were due to be answered, an Order to Show Cause hearing was pending regarding Defendants' compliance with the protective order. Plaintiff, in its answers, said that it would supplement its answers once the issue of Defendants' continued compliance with the protective order was resolved. The Order to Show Cause was heard on November 8, 2011, and the Court's Order Imposing Sanctions against certain Defendants was filed on November 9, 2011. (Doc. Nos. 87, 89).

Plaintiff admits that it withheld a substantive response until after the hearing. According to Plaintiff, following the hearing, Plaintiff attempted to meet and confer with counsel to discuss its responses to the Interrogatories. Instead, according to Plaintiff, Defendants filed this Motion. Plaintiff claims that it has supplemented its responses. Defendants claim that Plaintiff had no authority to unilaterally decide not to answer the Interrogatories and should be sanctioned for its actions. Defendants do not appear to be complaining about the supplemental responses.

The Court held that Defendants did intentionally violate the protective order in this case. (Doc. No. 89). Plaintiff's concern in withholding responses subject to the protective order was well-founded. Defendants are correct, however, that Plaintiff should have sought an order from the Court extending the time to provide substantive responses. Inasmuch as the supplemental responses have not generated a complaint and were not prompted by the filing of this Motion, the Court declines to grant the Motion and will not impose sanctions.

IT IS SO ORDERED:

DATED: December 21, 2011

Hon. Mitchell D. Dembin
U.S. Magistrate Judge