# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED PROFESSIONAL TRAINING, INC., a California corporation,<br><br>                                        Plaintiff,<br><br>     vs.<br><br>MIRA COSTA COLLEGE, entity unknown, et al.,<br><br>                                        Defendants. | CASE NO. 10cv1372 DMS (MDD)<br><br>**ORDER ON PLAINTIFF'S *EX PARTE* MOTION TO CONTINUE TRIAL AND RELATED DATES** |

This matter comes before the Court on Plaintiff's *ex parte* motion to continue the trial and related dates in this case. Defendants Teleskills, LLC, Burt Price, Thomas Cawley, Xavier Uribe and Mara Glenn ("Teleskills Defendants") oppose the motion. The Court held a telephonic hearing on the motion on April 17, 2012. John D. Alessio appeared for Plaintiff, and John R. Fuchs appeared for Defendants.

After considering the parties' briefs and hearing oral argument, the Court denies Plaintiff's request to continue the trial and related dates. However, in an effort to accommodate Plaintiff's counsel's vacation and Defendants' desire to bring this case to completion, IT IS HEREBY ORDERED:

1.   The trial date is accelerated from June 25, 2012, to **June 18, 2012**, at **9:00 a.m.** The trial will commence on that date and conclude by July 3, 2012.

1  2. The pretrial conference is continued from May 25, 2012, at 10:30 a.m. to **May 25, 2012**, at **1:30 p.m.**

3. **Motions *In Limine*.** The parties shall file and serve their motions *in limine* on or before **May 4, 2012**. The parties are admonished, however, to meet and confer to try and resolve their disputes before filing motions *in limine*. Oppositions to motions *in limine* shall be filed on or before **May 11, 2012**. Reply briefs will not be accepted. A hearing on the parties' motions *in limine* shall be held on **May 25, 2012**, at **1:30 p.m.**

4. **Jury Instructions.** On or before **June 11, 2012**, jury instructions must be submitted to the Court in the following format:

   a. The parties are required **jointly** to submit one set of agreed upon instructions. To this end, the parties are required to serve their proposed instructions upon each other at least ten days before June 11, 2012. The parties then should meet, confer, and submit to the Court one complete set of agreed upon instructions. The Court prefers to use standard pattern instructions, such as the Ninth Circuit Model Jury Instructions, Civil, the Judicial Council of California Civil Jury Instructions, or other pattern instructions from other states, if applicable.

   b. If the parties cannot agree upon one complete set of instructions, they are required to submit one set of instructions to which they have agreed, and two sets (one for each party) of supplemental instructions to which they have not agreed.

   c. The joint instructions and supplemental instructions must be presented to the Court on June 11, 2012, along with any objections to the supplemental instructions. All objections shall be in writing, set forth the challenged jury instruction in its entirety, identify the objectionable language, and contain citation to authority explaining why the instruction is improper. Where applicable, the objecting party shall submit an alternative instruction.

   d. The parties are required to submit the proposed joint set of instructions and proposed supplemental instructions in the following format:

   i. Two copies of each instruction should be provided.

   ii. The first copy should indicate the number of the proposed instruction, the instruction, and the authority supporting the instruction.

     iii. The second copy should contain **only** the proposed instructions on plain paper, that is, not on pleading paper. No other marks or writings should be present. This copy also should be presented on a compact disc in WordPerfect format (any version).

  e. All instructions should be short, concise, and neutral statements of law. Avoid argumentative instructions as they will not be given.

  f. Any modification to a standard instruction must be identified by specifying the modification to the original instruction and the authority supporting the modification.

5. **Voir Dire.** The parties shall submit proposed voir dire questions on or before **June 11, 2012**. The Court will conduct the initial voir dire of the panel. In addition, the Court will allow each party ten (10) minutes for attorney voir dire.

6. **Joint Statement, Witness and Exhibit Lists.** On or before **June 11, 2012**, the parties shall submit a final list of witnesses and exhibits and a joint description of the case to be read to the jury. The parties shall submit an extra copy of the witness and exhibit lists for the court reporter.

7. **Trial Briefs.** On or before **June 11, 2012**, the parties shall file and serve on each other a trial brief that summarizes their theories of the case and what they expect the evidence to show.

8. **Electronic Equipment.** The parties must notify the Court in writing of any electronic equipment they seek to use during the trial, and contact at least one week before trial the Courtroom Deputy Clerk to arrange a time and date to set up any electronic equipment.

9. **Trial Procedures – Jury Selection.** The Court's Civil Pretrial and Trial Procedures, including jury selection practices, are attached. The parties also may view these procedures on the Court's website at www.casd.uscourts.gov. (See "Rules," then click on "Chamber's Rules").

10. **Consent to Magistrate Judge Jurisdiction.** If the parties consent to magistrate judge jurisdiction, a Consent to Proceed Before a United States Magistrate Judge and Order of Reference shall be executed and filed with Chambers no later than **May 18, 2012**. *See* Attachment. If the parties request that a district judge decide all matters, they shall so indicate in the Notice of Opportunity to

///

///

///

Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge, to be filed with Chambers.  *See* Attachment.  This form shall be filed no later than **May 18, 2012**.

    **IT IS SO ORDERED**.

DATED:  April 17, 2012

                                    HON. DANA M. SABRAW
                                    United States District Judge