1  **FUCHS & ASSOCIATES, INC.**
    JOHN R. FUCHS, ESQ.  (SBN 82032)
2       jrfuchs@earthlink.net
    GAIL S. GILFILLAN, ESQ.   (SBN 168884)
3       ggilfil@hotmail.com
   12100 Wilshire Boulevard, Suite M-50
4  Los Angeles, California 90025-7120
   Telephone (310) 826-9700; FAX: (310) 826-9709
5
   Attorneys for Defendants **TELESKILLS, LLC,** dba
6  **AMERI-SKILLS, BURT PRICE, THOMAS CAWLEY,**
   **XAVIER URIBE and MARA GLENN**
7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10 APPLIED PROFESSIONAL TRAINING,        )  CASE NO.   '10 CV 1372 DMS MDD
   INC., a California corporation,        )
11                                        )  **EXHIBIT LIST OF DEFENDANTS**
                                          )  **TELESKILLS, LLC,  BURT PRICE,**
12            Plaintiff,                  )  **THOMAS CAWLEY, XAVIER URIBE**
                                          )  **AND MARA GLENN**
13      v.                                )
                                          )  **[LOCAL RULE 16.1(f)]**
14 MIRA COSTA COLLEGE, entity             )
   unknown, TELESKILLS. LLC, dba          )  Date:       **MAY 25, 2012**
15 AMERI-SKILLS, a California Corporation, )  Time:       **1:30 P.M.**
   BURT PRICE, an individual, THOMAS      )  Place:      **Courtroom 10**
16 CAWLEY, an individual, XAVIER          )              **Edward J. Schwartz U.S.**
   URIBE, an individual, MARA GLENN, an   )              **Courthouse**
17 individual, JANIS AYDELOTT, an         )              **940 Front Street**
   individual, and DOES 1 through 50,     )              **San Diego, CA   92101**
18 inclusive,                             )
                                          )
19            Defendants.                 )  Complaint Filed on June 29, 2010
                                          )
20 ―――――――――――――――――――――――                )  Assigned to Honorable Dana M.
                                             Sabraw, Courtroom 9
21

22                                           Trial Date:      June 18, 2012

23

24

25

26

27

28

                                1
   **DEFENDANTS' EXHIBIT LIST FOR TRIAL, CASE NO. '10 CV 1372 DMS MDD**

*(left margin, vertical text)* FUCHS & ASSOCIATES, INC.  12100 WILSHIRE BOULEVARD  SUITE M-50  LOS ANGELES, CALIFORNIA 90025-7120  (310) 826-9700; FAX: (310) 826-9709

Defendants TeleSkills, LLC, dba Ameri-Skills, Burt Price, Thomas Cawley, Xavier Uribe and Mara Glenn (collectively "Ameri-Skills") hereby submit their Exhibit List for trial of this action, pursuant to Local Rule 16.1.f:

Ameri-Skills expects to present the following documentary evidence at trial:

**(A) On the Issue of the Creation of APT's Study Guides**

A.   String of emails between and among Burt Price and Steve Blume from August 13, 2008 through December 14, 2008, regarding APT's finances, budget and income projections [APT 011462-66]);

B.   Email string between Uribe and S. Blume dated September 5, subject: Sage instructor for APT?, in which Blume admits knowing that non-compete clauses are unenforceable in California [APT 008814-15, marked confidential];

C.   Email from Uribe to S. Blume, M. Blume dated 10/6/2008 subject: fyi - my situation, discussing yet another pay cut by APT [APT 010461, marked confidential];

D.   Emails between S. Blume, Cawley and Price dated October 23 and 24, 2008, subject: NABCEP Exam [APT 009570-71]);

E.   Emails between Cawley and Price dated October 22 and 24, 2008, subject: PV Glossary [APT 009574]);

F.   Emails between S. Blume, Cawley and Price dated October 23 and 24, 2008, subject: NABCEP Exam [APT 009572-73]);

G.   Emails between S. Blume, Cawley and Price dated October 31 and November 1, 2008, subject: NABCEP Exam [APT 009637]);

H.   Emails to S. Blume from Price dated October 31, 2008, subject: Final Definitions List [APT 009607]);

I.   Email from S. Blume to Price dated Thursday, November 13, 2008 subject: Telecom Solar, regarding APT's financial problems [TEL 53-54];

J.   Email from S. Blume to Price dated Sunday, November 23, 2008 subject: Amendment 1 dated 11-17-08 [TEL 55-56];

FUCHS & ASSOCIATES, INC.
12100 WILSHIRE BOULEVARD
SUITE M-50
LOS ANGELES, CALIFORNIA 90025-7120
(310) 826-9700; FAX: (310) 826-9709

**DEFENDANTS' EXHIBIT LIST FOR TRIAL, CASE NO. '10 CV 1372 DMS MDD**

K.   Email to M. Blume from Price dated November 13, 2008, subject: Schedule required for course curriculum creation [APT 009667]);

L.   Email from S. Blume to Cawley dated 11/24/2008, regarding the new solar for telecom book [APT 009670-009671 marked confidential];

M.   Email from S. Blume to many recipients dated 12/2/2008 subject: RE: APT's Solar Energy for Telecommunications  [APT 009672-009674, marked confidential]

N.   Emails between S. Blume, M. Blume and Price dated April 7, 2008 subject: RE: Instructor for April 13th Solar class, detailing APT's effort to avoid paying commissions to Price and discussing the inability of APT to meet the minimum cash reserves requirements of various accreditation entities; [TEL 62-64];

**(B) On the Issue of the Release of All Known and Unknown Claims**

O.   Email from S. Blume to Uribe dated April 10, 2009, subject: "You are terminated as of now." [produced by Communication Workers of America ("CWA"), pursuant to subpoena, dated 11/28/11 re: Local 9509 Grievance];

P.   Local 9509 Grievance filed by Uribe dated April 10, 2009  [produced by CWA, pursuant to subpoena, dated 11/28/11 re: Local 9509 Grievance];

Q.   Emails from Cawley to Sheryl Kinzel and others dated April 10, 2009 re: Resignation [APT 015369-70 marked confidential];

R.   Response to Subpoena served on San Diego Sheriff's Department re: the events at Cawley's home on April 10, 2008;

S.   Response to Subpoena served on Data Doctors re: efforts to recover contents on Cawley's computer taken by M. Blume from Cawley under color of authority on April 10, 2009;

T.   Emails between Price, S. Blume and Kinzel dated April 7, 2009 through April 16, 2009 re: Mira Costa College ("MCC") approval [APT 016339-40 marked confidential];

FUCHS & ASSOCIATES, INC.
12100 WILSHIRE BOULEVARD
SUITE M-50
LOS ANGELES, CALIFORNIA 90025-7120
(310) 826-9700; FAX: (310) 826-9709

**DEFENDANTS' EXHIBIT LIST FOR TRIAL, CASE NO. '10 CV 1372 DMS MDD**

FUCHS & ASSOCIATES, INC.
12100 WILSHIRE BOULEVARD
SUITE M-50
LOS ANGELES, CALIFORNIA 90025-7120
(310) 826-9700; FAX: (310) 826-9709

U.  Emails between Price and Linda Kurokawa ("Kurokawa"), at MCC dated April 10, 2009 re: Ameri-Skills' Solar Installer Study Guide that Cawley independently created for Ameri-Skills, with the same topics and materials that are required by NABCEP, and that "there is NO copyright violations [sic] now or ever will [TEL 19-21 alternatively, TEL 17-21 (both included here)];

V.  Letter from Attorney Kenneth Rose ("Rose"), representing APT, to Price, responding to Price's April 8th letter terminating his Independent Contractor Agreement with APT, due to APT's refusal to pay commissions owed to him, wherein Rose accuses Price of contacting two of APT's "current customers" and making "false and misleading statements," which alleged conduct according to Rose, not only violated his Independent Contractor agreement and California law but "also amounts to defamation and intentional wrongful interference with APT's business." [TEL 4-6];

W.  Letter from Fuchs to Rose dated April 10, 2009, in which Fuchs discusses the issues and claims that had been raised by Blume and APT at that time, including copyright issues and enforcement of a non-compete clause [TEL 7-10];

X.  Letter from S. Blume to Uribe dated 15 April, 2009 re: termination of employment [produced by CWA, pursuant to subpoena, dated 11/28/11 re Local 9509 Grievance];

Y.  Email from Uribe to Teresa at CWA dated April 16, 2009, re: Termination of employment [produced by CWA, pursuant to subpoena, dated 11/28/11 re Local 9509 Grievance];

Z.  Letter from Cherie Brokaw at CWA to S. Blume dated April 20, 2009 re: Uribe termination "is not warranted;" [produced by CWA, pursuant to subpoena, dated 11/28/11 re Local 9509 Grievance];

AA. Draft Settlement and Release Agreement with email from S. Blume to Price dated April 25, 2009, stating that APT and Blume want to release "any and all claims" and agrees "not to pursue any further legal action;" (TEL 854-856);

AB. Non-privileged portions of email from Price to Fuchs dated May 9, 2009, re: Price's rejection of Blume's one-sided release and to make this a full mutual release of "all

4

FUCHS & ASSOCIATES, INC.
12100 WILSHIRE BOULEVARD
SUITE M-50
LOS ANGELES, CALIFORNIA 90025-7120
(310) 826-9700; FAX: (310) 826-9709

1    past, present and future claims, known or unknown;"

2  AC.   Letter from Fuchs to Rose dated May 13, 2009, wherein Fuchs asked Rose to redraft

3    the release as a mutual and reciprocal release, "with all of the parties releasing all

4    other parties for all known and unknown claims, now and forever more," and

5    concluded by reiterating the demand on behalf of Price, Cawley, Uribe and Ameri-

6    Skills, that APT and Blume "agree that all parties will mutually and reciprocally

7    release each other from known and unknown claims, now and forever more, and

8    everyone can move forward without the threat of litigation...." [TEL 11-13];

9  AD.   Letter from Fuchs to Blume dated June 8, 2009, in which Fuchs advised Blume that

10    Price would not enter into a release with APT without the inclusion of Cawley, Uribe

11    and Ameri-Skills, and made a demand for payment of $25,000, unless Blume and

12    APT were willing to enter into the mutual reciprocal release between and among all

13    parties that they had previously demanded. [TEL 14-16];

14  AE.   The fully executed Mutual Reciprocal Release, that the parties ultimately signed in

15    late June, that was effective as of June 11, 2009 by which Cawley, Uribe, Ameri-

16    Skills and Fuchs intended to settle all known and unknown claims with APT and

17    Blume.  [TEL 1-3];

18

19  **(C)   On the Issue of the Alleged Infringement of APT's Copyrights**

20  AF.   Certificate of Registration, TX 7-159-599, Entry Level Photovoltaic Solar Systems

21    Installer, Effective date of registration: May 21, 2010 [APT 000001-3];

22  AG.   Entry Level Photovoltaic Solar Systems Installer, cover and page 4, revision date

23    October 1, 2008 [APT 000004-6];

24  AH.   Certificate of Registration, TX 7-159-609, Entry Level Photovoltaic Solar Systems

25    Installer, Effective date of registration: May 21, 2010 [APT 000231-233];

26  AI.   Entry Level Photovoltaic Solar Systems Installer, cover and page 4, revision date

27    November 25, 2008 [APT 000234-236];

28

**DEFENDANTS' EXHIBIT LIST FOR TRIAL, CASE NO. '10 CV 1372 DMS MDD**

AJ.   Certificate of Registration, TX 7-159-603, Photovoltaics for Telecommunications, Effective date of registration: May 21, 2010 [APT 000423-425];

AK.   Photovoltaics for Telecommunications, cover and pages 2-4, revision date January 1, 2009 [APT 000426-430];

AL.   Deposition of Steven Warren Blume, August 4, 2011, Volume 1, cover, pages 1-3, 340-342 (used as Exhibit 8 to a motion);

AM.   Sample of copyright notice obtained on the Internet;

AN.   Document 90 filed 11/15/11 (entire doc) entitled, Motion for Determination of Discovery Dispute -- Plaintiff's Refusal to Identify the Exact Portions of its Training Manuals That Plaintiff Alleges Were Copied by the Defendants and Plaintiff's Refusal to Identify How Defendants Had Access to Plaintiff's Training Manuals, Re: Plaintiff's Responses Served on October 17, 2011 to Interrogatories Nos. 1-4 and 7-24 by Defendant Burt Price (Set One), including declaration and exhibits (used as Exhibit 9 to a motion);

AO.   The NABCEP "Learning Objectives to be tested" for the "Entry Level Certificate of Knowledge of PV Systems," version dated 3/24/05, that was <u>copyrighted</u> by NABCEP and was in effect at the time Cawley assembled APT's Entry Level Solar Installer Study Guide in October and November 2008 and Ameri-Skills' Entry Level Solar Installer Study Guide in April and May 2009.  [Produced as Exhibit 1 to Cawley Decl., to exclude copyright claim.];

AP.   The NABCEP "Learning Objectives" for the "NABCEP PV ENTRY LEVEL PROGRAM, " published by NABCEP in September 2009 and presently in effect [Produced as Exhibit 2 to Cawley Decl., to exclude copyright claim.];

AQ.   Table of Contents for the Solar Installer Study Guide that Cawley assembled for APT in October and November 2008, using the NABCEP 2005 "Learning Objectives" [APT 000431];

AR.   Table of Contents for the Solar Installer Study Guide that Cawley assembled for the courses taught by Ameri-Skills at MCC beginning in or about June of 2009

FUCHS & ASSOCIATES, INC.
12100 WILSHIRE BOULEVARD
SUITE M-50
LOS ANGELES, CALIFORNIA 90025-7120
(310) 826-9700; FAX: (310) 826-9709

6

**DEFENDANTS' EXHIBIT LIST FOR TRIAL, CASE NO. '10 CV 1372 DMS MDD**

[Produced as Exhibit 4 to Cawley Decl., to exclude copyright claim];

AS.    A copy of a page from the Internet for a company called Pearson Construction Books, showing its "Introduction to Solar Photovoltaics TG Module" book  [Produced as Exhibit 5 to Cawley Decl., to exclude copyright claim];

AT.    Copies of Internet pages using a Google search engine, with the arrows pointing to a number of the diagrams and charts that were used in the electronics section of one of Ameri-Skills' Study Guides, written by Mr. Uribe [Produced as Exhibit 6 to Cawley Decl., to exclude copyright claim];

AU.    Excerpt from Defendants' Discovery Motion, document 90-2, filed 11/15/11, pages 2-28 of 28, in which APT responded to the request to identify the specific portions of its Study Guides that it alleges were copied, by stating that "[t]he information requested is equally available upon review of the books," and that the "information [sought is] beyond the scope of permissible discovery," that "[t]he information requested is information equally available to the Defendants," and that "[t]he reference materials speak for themselves based on information equally available to Defendants;"

AV.    Order on Defendants' Motion for Determination of Discovery Dispute re: Training Manuals, court document 113 filed 12/21/11, wherein the Magistrate ruled that "Plaintiff's answer that the disclosed compilations were copied, distributed and used by Defendants in their entirety, but for some minor differences, is a sufficient response," and that because Plaintiff asserted a work-product privilege, the information sought is protected from discovery. The Magistrate did not order further responses, and instead, he ruled that: "Plaintiff has answered adequately and absent supplementation, **will have to live with those answers at trial**" (Emphasis added) at p.3, lines 25-26;

AW.    Class Roster for MiraCosta College Solar student Mike Perez, class on June 8, 2009, redacted [TEL 387-388];

FUCHS & ASSOCIATES, INC.
12100 WILSHIRE BOULEVARD
SUITE M-50
LOS ANGELES, CALIFORNIA 90025-7120
(310) 826-9700; FAX: (310) 826-9709

DEFENDANTS' EXHIBIT LIST FOR TRIAL, CASE NO. '10 CV 1372 DMS MDD

FUCHS & ASSOCIATES, INC.
12100 WILSHIRE BOULEVARD
SUITE M-50
LOS ANGELES, CALIFORNIA 90025-7120
(310) 826-9700; FAX: (310) 826-9709

AX.   Copy of Ameri-Skills Entry Level Solar Installer Study Guide obtained from Mike Perez, provided to him for the class at MCC that started on June 8, 2009;

AY.   Memo detailing "minor changes" in Ameri-Skills Solar Installer Study Guides between 2009 version and 2010 version;

AZ.   Source for information on Ohm's Law;

BA.   Comparison chart for description of Grid Tied Systems in APT October Book and November Book;

BB.   Comparison of NREL material in APT PV for Telecom Study Guide and Ameri-Skills PV System Installer and source for NREL material;

BC.   Source for information on Diode Failures;

BD.   Source for Performance Analysis and Troubleshooting;

BE.   Comparison charts of APT's October 2008 version of the Entry Level Solar Installer Study Guide and its November 2008 version;

BF.   Source for Balance of Systems (BOS) Components and Inverters;

BG.   Declaration of S. Blume dated September 10, 2010, submitted in opposition to Defendants Motion to Dismiss under Rule 12(b)(6);

**(D)     On the Issue of the Alleged Misappropriation of APT's Trade Secrets**

BH.   String of emails between Mara Glenn and Michael Blume dated December 14th and 15th, 2009 re: APT and touching based since our Monday Thanksgiving call;

BI.   String of emails between Mara Glenn and Michael Blume dated December 21, 2009 re: Sick;

BJ.   Email from Hendy Purnomo to Mara Glenn dated January 4, 2010, on the subject of a class for 2010 [APT 016399];

BK.   Email from Patrick Woosley to Mara Glenn dated January 5, 2010, on the subject of APTC classes [APT 016398];

BL.   Email exchange between Mara Glenn and Hendy Purnomo on February 5, 2010;

DEFENDANTS' EXHIBIT LIST FOR TRIAL, CASE NO. '10 CV 1372 DMS MDD

BM.   Email from Janis Aydelott to S. Blume, M. Blume, dated April 2, 2010, subject: Janis Aydelott terminating her employment effective immediately [APT 010140, marked confidential];

BN.   List of Students dated 1/12/12 claimed to be APT's Student List;

**(E)   On the Issue of APT's Claim for Damages**

BO.   APT Profit & Loss Statement, January 2006 through December 2010 [APT 000669, marked confidential];

BP.   APT U.S. Income Tax Return for 2005 [APT 00670-683 marked confidential];

BQ.   APT U.S. Income Tax Return for 2006 [APT 00699-00715 marked confidential];

BR.   APT U.S. Income Tax Return for 2007 [APT 00735-748 marked confidential];

BS.   APT U.S. Income Tax Return for 2008 [APT 00767-782 marked confidential];

BT.   APT U.S. Income Tax Return for 2009 [APT 00805-818 marked confidential];

BU.   APT U.S. Income Tax Return for 2010 [APT 027457-27471 marked confidential];

BV.   Report of Patrick F. Kennedy, Ph.D. dated December 16, 2011 (designated Highly Confidential - Attorneys' Eyes Only, but APT by letter has withdrawn that designation);

BW.   Supplemental Report of Patrick F. Kennedy, Ph.D. dated May 9, 2011 (designated Highly Confidential - Attorneys' Eyes Only);

BX.   Daryl Martin, Msc, CLP, Managing Principal of IPmetrics, Curriculum Vitae (previously produced with Defendants' expert disclosures);

BY.   Confidential Expert Report of Daryl Martin dated December 16, 2011;

BZ.   Supplemental Confidential Expert Report of Daryl Martin dated May 30, 2012;

CA.   APT's trade secret disclosures;

CB.   Ameriskills' Advertising Expense for <u>Solar PV Students Only</u> (Prepared 7-30-11) [TEL 853];

CC.   Teleskills' U.S. Income Tax Return for 2009;

CD.   Teleskills' U.S. Income Tax Return for 2010 [TEL 00829-849 marked confidential];

FUCHS & ASSOCIATES, INC.
12100 WILSHIRE BOULEVARD
SUITE M-50
LOS ANGELES, CALIFORNIA 90025-7120
(310) 826-9700; FAX: (310) 826-9709

9

FUCHS & ASSOCIATES, INC.
12100 WILSHIRE BOULEVARD
SUITE M-50
LOS ANGELES, CALIFORNIA 90025-7120
(310) 826-9700; FAX: (310) 826-9709

CE.   Teleskills' Profit Loss Balance Sheet January through September 2011 [TEL 00851-52 marked confidential-for counsel only];

CE.   Teleskills' Profit Loss Balance Sheet January through December 2011;

CF.   Teleskills' Profit Loss Balance Sheet for the first quarter of 2012;

CG.   Production pursuant to subpoena issued to Grantham Accounting;

**(F)   On Defendants' Affirmative Defenses**

CH.   Certified mail, return receipt letter from Price to Steve Blume, President re: Request for IRS Tax For, 1099 for Commissions, dated February 6, 2010  [TEL 22-23];

CI.   APT's flyers and advertisements for its Associates Degree Programs;

CJ.   Certified Letter dated April 29, 2010 from a "Concerned Student" to DETC, re: APT being "out of compliance" with DETC requirements [APT 009076];

CK.   Letter from APT dated May 15, 2010, re: Response to DETC Complaint against APT [APT 009078];

**Defendants may offer if need arises:**

Other uncategorized documents:

CL.   All other documents produced by Defendants;

CM.   All other documents produced by Plaintiff;

CN.   All exhibits to depositions taken herein;

CO.   APT's Response to Teleskills, LLC d/b/a Ameriskills' Request for Interrogatories, Set One

CP.   APT's Response to Teleskills, LLC d/b/a Ameriskills' Request for Interrogatories, Set Two

CQ.   APT's Response to Teleskills, LLC d/b/a Ameriskills' Request for Interrogatories, Set Three

CR.   APT's Response to Teleskills, LLC d/b/a Ameriskills' Request for Interrogatories, Set Four

**DEFENDANTS' EXHIBIT LIST FOR TRIAL, CASE NO. '10 CV 1372 DMS MDD**

CS.   Response to Interrogatories under F.R.C.P. Rule 33, Set One (propounding party, Xavier Uribe)

CT.   Supplemental Response to Interrogatories under F.R.C.P. Rule 33, Set One (propounding party, Xavier Uribe)

CU.   Response to Interrogatories by Defendant Xavier Uribe to Plaintiffs under F.R.C.P. Rule 33, Set Two

CV.   Response to Interrogatories by Defendant Xavier Uribe to Plaintiffs under F.R.C.P. Rule 33, Set Three

CW.   APT's Responses to Defendant Burt Prices' Interrogatories, Set One

CX.   Response to Interrogatories by Defendant Thomas Cawley to Plaintiff under F.R.C.P. rule 33, Set One

CY.   APT's Response to Defendants' Request for Production of Documents, Set One

CZ.   APT's Response to Defendants' Request for Production of Documents, Set Two

DA.   APT's Response to Defendants' Request for Production of Documents, Set Three

DB.   APT's Response to Defendants' Request for Production of Documents, Set Four

DC.   APT's Response to Defendants' Request for Production of Documents, Set Five

DD.   APT's Response to Defendants' Request for Production of Documents, Set Six

DE.   All documents designated by Plaintiff in its Rule 26 Pre-Trial Disclosures.

Objections by APT to Defendants' Exhibits:

APT has objected to every one of Defendants Exhibits except: Exhibits AE, AF, AG, AH, AI, AJ, AK, AQ, AR, AW, BV, BX, BY, CA, CB, CC, CD, CE, CF, CG and CI.

DATED:   May 21, 2012          **FUCHS & ASSOCIATES, INC.**

By:_____/s/ John R. Fuchs_____
Email:  jrfuchs@earthlink.net
JOHN R. FUCHS
Attorneys for Defendants
TELESKILLS. LLC, dba AMERI-SKILLS,
BURT PRICE, THOMAS CAWLEY,
XAVIER URIBE and MARA GLENN

FUCHS & ASSOCIATES, INC.
12100 WILSHIRE BOULEVARD
SUITE M-50
LOS ANGELES, CALIFORNIA 90025-7120
(310) 826-9700; FAX: (310) 826-9709

**DEFENDANTS' EXHIBIT LIST FOR TRIAL, CASE NO. '10 CV 1372 DMS MDD**