

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| APPLIED PROFESSIONAL TRAINING, INC., a California corporation, Plaintiff, vs. MIRA COSTA COLLEGE, entity unknown, et al., Defendants. | CASE NO. 10cv1372 DMS (MDD) <br><br> **JURY VERDICT FORM** |
|---|---|

# VERDICT FORM

Ladies and gentlemen of the jury, it is now your duty to answer the questions presented in this verdict form after due deliberation. Please answer the questions in the order in which they appear.

## COPYRIGHT INFRINGEMENT

1. Has Plaintiff proven that it is more likely than not that Defendant Teleskills, LLC has infringed the following copyrights?

|  | "Yes" is a finding for Plaintiff | "No" is a finding for Defendants |
|---|---|---|
| Entry Level Photovoltaic Solar Systems Installer |  | ✓ |
| Entry Level Photovoltaic Solar Systems Installer (Revised) |  | ✓ |
| Photovoltaics for Telecommunications |  | ✓ |

2. If you answered "yes" to question 1, has Plaintiff proven by a preponderance of the evidence that Defendant Teleskills, LLC willfully infringed the following copyrights?

|  | "Yes" is a finding for Plaintiff | "No" is a finding for Defendants |
|---|---|---|
| Entry Level Photovoltaic Solar Systems Installer |  |  |
| Entry Level Photovoltaic Solar Systems Installer (Revised) |  |  |
| Photovoltaics for Telecommunications |  |  |

3. Has Plaintiff proven that it is more likely than not that Defendant Burt Price has infringed the following copyrights?

|  | "Yes" is a finding for Plaintiff | "No" is a finding for Defendants |
|---|---|---|
| Entry Level Photovoltaic Solar Systems Installer |  | ✓ |
| Entry Level Photovoltaic Solar Systems Installer (Revised) |  | ✓ |
| Photovoltaics for Telecommunications |  | ✓ |

4. If you answered "yes" to question 3, has Plaintiff proven by a preponderance of the evidence that Defendant Burt Price willfully infringed the following copyrights?

|  | "Yes" is a finding for Plaintiff | "No" is a finding for Defendants |
|---|---|---|
| Entry Level Photovoltaic Solar Systems Installer |  |  |
| Entry Level Photovoltaic Solar Systems Installer (Revised) |  |  |
| Photovoltaics for Telecommunications |  |  |

5. Has Plaintiff proven that it is more likely than not that Defendant Thomas Cawley has infringed the following copyrights?

|  | "Yes" is a finding for Plaintiff | "No" is a finding for Defendants |
|---|---|---|
| Entry Level Photovoltaic Solar Systems Installer |  | ✓ |
| Entry Level Photovoltaic Solar Systems Installer (Revised) |  | ✓ |
| Photovoltaics for Telecommunications |  | ✓ |

6. If you answered "yes" to question 5, has Plaintiff proven by a preponderance of the evidence that Defendant Thomas Cawley willfully infringed the following copyrights?

|  | "Yes" is a finding for Plaintiff | "No" is a finding for Defendants |
|---|---|---|
| Entry Level Photovoltaic Solar Systems Installer |  |  |
| Entry Level Photovoltaic Solar Systems Installer (Revised) |  |  |
| Photovoltaics for Telecommunications |  |  |

7. Has Plaintiff proven that it is more likely than not that Defendant Xavier Uribe has infringed the following copyrights?

|  | "Yes" is a finding for Plaintiff | "No" is a finding for Defendants |
|---|---|---|
| Entry Level Photovoltaic Solar Systems Installer |  | ✓ |
| Entry Level Photovoltaic Solar Systems Installer (Revised) |  | ✓ |
| Photovoltaics for Telecommunications |  | ✓ |

8. If you answered "yes" to question 7, has Plaintiff proven by a preponderance of the evidence that Defendant Xavier Uribe willfully infringed the following copyrights?

|  | "Yes" is a finding for Plaintiff | "No" is a finding for Defendants |
|---|---|---|
| Entry Level Photovoltaic Solar Systems Installer |  |  |
| Entry Level Photovoltaic Solar Systems Installer (Revised) |  |  |
| Photovoltaics for Telecommunications |  |  |

9. If your answer to Question 1 is "yes," what is the amount of damages, if any, Defendant Teleskills, LLC should pay Plaintiff for the infringement? _____

10. If your answer to Question 3 is "yes," what is the amount of damages, if any, Defendant Burt Price should pay Plaintiff for the infringement? _____

11. If your answer to Question 5 is "yes," what is the amount of damages, if any, Defendant Thomas Cawley should pay Plaintiff for the infringement? _____

12. If your answer to Question 7 is "yes," what is the amount of damages, if any, Defendant Xavier Uribe should pay Plaintiff for the infringement? _____

### TRADE SECRET MISAPPROPRIATION

13. Has Plaintiff proven that it is more likely than not that Defendant Teleskills, LLC misappropriated at least one of Plaintiff's trade secrets?

    "Yes" is a finding for Plaintiff     "No" is a finding for Defendants

    YES _____     NO ____✓_____

14. If you answered "yes" to question 13, has Plaintiff proven by clear and convincing evidence that Defendant Teleskills, LLC acted willfully and maliciously?

    "Yes" is a finding for Plaintiff     "No" is a finding for Defendants

    YES _____     NO _____

15. Has Plaintiff proven that it is more likely than not that Defendant Burt Price misappropriated at least one of Plaintiff's trade secrets?

    "Yes" is a finding for Plaintiff     "No" is a finding for Defendants

    YES _____     NO ____✓_____

16. If you answered "yes" to question 15, has Plaintiff proven by clear and convincing evidence that Defendant Burt Price acted willfully and maliciously?

    "Yes" is a finding for Plaintiff     "No" is a finding for Defendants

    YES _____     NO _____

17. Has Plaintiff proven that it is more likely than not that Defendant Thomas Cawley misappropriated at least one of Plaintiff's trade secrets?

    "Yes" is a finding for Plaintiff     "No" is a finding for Defendants

    YES _____     NO ____✓_____

18. If you answered "yes" to question 17, has Plaintiff proven by clear and convincing evidence that Defendant Thomas Cawley acted willfully and maliciously?

    "Yes" is a finding for Plaintiff     "No" is a finding for Defendants

    YES _____     NO _____

19. Has Plaintiff proven that it is more likely than not that Defendant Xavier Uribe misappropriated at least one of Plaintiff's trade secrets?

    "Yes" is a finding for Plaintiff      "No" is a finding for Defendants

    YES _____      NO   ✓

20. If you answered "yes" to question 19, has Plaintiff proven by clear and convincing evidence that Defendant Xavier Uribe acted willfully and maliciously?

    "Yes" is a finding for Plaintiff      "No" is a finding for Defendants

    YES _____      NO _____

21. Has Plaintiff proven that it is more likely than not that Defendant Mara Glenn misappropriated at least one of Plaintiff's trade secrets?

    "Yes" is a finding for Plaintiff      "No" is a finding for Defendants

    YES _____      NO   ✓

22. If you answered "yes" to question 21, has Plaintiff proven by clear and convincing evidence that Defendant Mara Glenn acted willfully and maliciously?

    "Yes" is a finding for Plaintiff      "No" is a finding for Defendants

    YES _____      NO _____

23. If you answered "yes" to question 13, what is the amount of damages, if any, Defendant Teleskills, LLC should pay Plaintiff for misappropriating Plaintiff's trade secrets?

$_____

24. If you answered "yes" to question 15, what is the amount of damages, if any, Defendant Burt Price should pay Plaintiff for misappropriating Plaintiff's trade secrets?

$_____

25. If you answered "yes" to question 17, what is the amount of damages, if any, Defendant Thomas Cawley should pay Plaintiff for misappropriating Plaintiff's trade secrets?

$_____

26. If you answered "yes" to question 19, what is the amount of damages, if any, Defendant Xavier Uribe should pay Plaintiff for misappropriating Plaintiff's trade secrets?

$_____

27. If you answered "yes" to question 21, what is the amount of damages, if any, Defendant Mara Glenn should pay Plaintiff for misappropriating Plaintiff's trade secrets? $_____

## BREACH OF CONTRACT

28. Has Plaintiff proven that it is more likely than not that Defendant Mara Glenn breached the Employee Confidentiality Agreement with Plaintiff?

    "Yes" is a finding for Plaintiff    "No" is a finding for Defendants

    YES __✓__    NO _____

29. If you answered "yes" to question 28, what damage to Plaintiff, if any, was caused by Defendant Glenn's breach of the contract?   $__0__

30. Has Plaintiff proven that it is more likely than not that Defendant Mara Glenn breached the Severance Release Agreement with Plaintiff?

    "Yes" is a finding for Plaintiff    "No" is a finding for Defendants

    YES _____    NO __✓__

31. If you answered "yes" to question 30, what damage to Plaintiff, if any, was caused by Defendant Glenn's breach of the contract?   $_____

## BREACH OF CONFIDENCE/LOYALTY

32. Has Plaintiff proven that it is more likely than not that Defendant Mara Glenn engaged in activities constituting a breach of Plaintiff's confidence or loyalty?

    "Yes" is a finding for Plaintiff    "No" is a finding for Defendants

    YES _____    NO __✓__

33. If you answered "yes" to question 32, what is the amount of damages, if any, Defendant Mara Glenn should pay Plaintiff for engaging in activities constituting a breach of Plaintiff's confidence or loyalty? $_____

## CONSPIRACY

34. Has Plaintiff proven that it is more likely than not that the following Defendants participated in a civil conspiracy against Plaintiff?

- 6 -

10cv1372

|  | "Yes" is a finding for Plaintiff | "No" is a finding for Defendants |
|---|---|---|
| Teleskills, LLC |  | ✓ |
| Burt Price |  | ✓ |
| Thomas Cawley |  | ✓ |
| Xavier Uribe |  | ✓ |
| Mara Glenn |  | ✓ |

35. If you answered "yes" to any part of question 35, what is the total amount of damages, if any, awarded to Plaintiff on its conspiracy claim?

|  |  |
|---|---|
| Teleskills, LLC |  |
| Burt Price |  |
| Thomas Cawley |  |
| Xavier Uribe |  |
| Mara Glenn |  |

**RELEASE**

36. Have Defendants proven by a preponderance of the evidence that Plaintiff gave up any of its claims against Defendants Teleskills, Burt Price, Thomas Cawley and Xavier Uribe when it entered into the Settlement Agreement and Mutual Reciprocal Release?

"Yes" is a finding for Defendants          "No" is a finding for Plaintiff

YES _____          NO ___✓_____

37. If you answered "yes" to question 36, which claims did Plaintiff give up?

Copyright _____

Trade Secret Misappropriation _____

Conspiracy _____

38. If you answered "yes" to question 37 as to the copyright claims, did Plaintiff give up the copyright claims in existence prior to the effective date of the Release, or did it give up the copyright claims arising before and after the effective date of the Release?

  Past Claims Only _____

  Past and Future Claims _____

39. If you find that Plaintiff gave up its future copyright claims, has Plaintiff proven by a preponderance of the evidence that those acts of copyright infringement were willful?

  "Yes" is a finding for Plaintiff   "No" is a finding for Defendants

  YES _____   NO _____

Dated: __7-9-2010__    __[signature]__
            Foreperson